Lawrence Edward BENSON *v.* STATE of Arkansas

CR 87-3                                          723 S.W.2d 373

Supreme Court of Arkansas
Opinion delivered February 9, 1987

PER CURIAM. Petition for Review is denied.

HICKMAN, J., concurs.

DARRELL HICKMAN, Justice, concurring. We can do nothing but deny this petition. This is the companion case to *Trotter* v. *State*, 290 Ark. 269, 719 S.W.2d 268 (1986). In *Trotter* a majority reduced the charge on a basis not even argued by the appellant. The court of appeals had no choice except to follow suit.